1

2

3 UNITED STATES DISTRICT COURT

4 FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6 DANIELLE MONIQUE MARSHALL,      Case No.  1:25-cv-00556-BAM

7 Plaintiff,

**ORDER ON APPLICATION TO
PROCEED *IN FORMA PAUPERIS* AND
DIRECTING CLERK TO ISSUE
SUMMONS AND SCHEDULING ORDER**

8 v.

9 COMMISSIONER OF SOCIAL
SECURITY,

(Doc. 2)

10

11 Defendant.

12

13       Pending before the Court is Plaintiff's application to proceed *in forma pauperis* under 28

14 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915, and the request to proceed *in*

15 *forma pauperis* will be granted.  28 U.S.C. § 1915(a).  Accordingly, IT IS HEREBY ORDERED

16 as follows:

17       1.  Plaintiff's application to procced *in forma pauperis* is GRANTED;

18       2.  The Clerk of the Court is directed to issue new case documents, including the

19           Scheduling Order;

20       3.  The Clerk of the Court also is directed to issue summons and service shall proceed

21           under the Court's E-Service program with the Clerk delivering to the Commissioner of

22           Social Security Administration and the United States Attorney's Office at their

23           designated email addresses, a notice of electronic filing of the action along with the

24           summons and complaint.

25

26 IT IS SO ORDERED.

27   Dated:   **May 12, 2025**          ____/s/ *Barbara A. McAuliffe*____

28                                    UNITED STATES MAGISTRATE JUDGE

1