JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE MONIQUE MARSHALL, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, COMMISIONER OF SOCIAL SECURITY[1], <br><br> Defendant. | Case No. 1:25-cv-00556-JLT-BAM <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from August 11, 2025 to October 10, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGEMENT . All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of August 11, 2025 and August 18, 2025, Plaintiff's Counsel has seven merit briefs due and four reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                       Respectfully submitted,

Dated: August 6, 2025    PENA & BROMBERG, ATTORNEYS AT LAW

                              By: */s/ Jonathan Omar Pena*
                                  JONATHAN OMAR PENA
                                  Attorneys for Plaintiff

Dated: August 6, 2025        MICHELE BECKWITH
                                  Acting United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Office of Program Litigation
                                  Social Security Administration

                              By:  **/s/ Franco L. Becia*
                                  Franco L. Becia
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (*As authorized by email on August 6, 2025)

## **ORDER**

Pursuant to stipulation, and cause appearing, Plaintiff's request for an extension of the deadline to file a Motion for Summary Judgment is GRANTED. Plaintiff shall file her Motion for Summary Judgment on or before October 10, 2025. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: __August 7, 2025__                     /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE